IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Elanar Construction Co., | ) | |
| | ) | Judge Timothy A. Barnes |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Case No. 19-01576 |

**NOTICE OF MOTION**

TO:  ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 19th day of February, 2020, at 10:00 a.m., or soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as Courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of Debtor to Convert Chapter 11 Case to Chapter 7 Case**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Arthur G. Simon
Crane, Simon, Clar & Dan
135 S. LaSalle St., Ste. 3705
Chicago, Illinois 60603
(312) 641-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all parties listed on the attached Service List via the Court's Electronic Registration (ECF) (where indicated), or via First Class U.S. Mail (where indicated), properly addressed and postage pre-paid on the 11th day of January, 2019.

/s/ Arthur G. Simon

i

# SERVICE LIST

**Served Via ECF**
Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

James A. Karamanis
james@bkchicagolaw.com

Bruce E. de'Medici
bdemedici@gmail.com
**Served Electronically:**

Grace W Cranley on behalf of Creditor Employers Mutual Casualty Company
grace.cranley@dinsmore.com, deborah.dunn@dinsmore.com

Elias M Gordan on behalf of Creditors Peter Baker & Son Co. and Traffic Control & Protection, Inc.  gordanlaw@att.net

Krysta K Gumbiner on behalf of Creditor Employers Mutual Casualty Company
krysta.gumbiner@dinsmore.com, stephanie.armbruster@dinsmore.com

Gregory J Jordan on behalf of Creditor Ross Burns
gjordan@jz-llc.com

James A Karamanis on behalf of Creditor Action Fence Contractors, Inc.
james@bkchicagolaw.com

Michael W Kelly on behalf of Creditor Sanchez Paving Co.
mwkelly.law@gmail.com

Christina Krivanek Wernick on behalf of Creditor Construction and General Laborers' District Council of Chicago and Vicnity
cwernick@cvldc.org

Gina B Krol, ESQ on behalf of Creditor DitchWitch of Illinois d/b/a DitchWitch Midwest and 1st Choice Equipment LLC
gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com

Katherine C Mosenson on behalf of Creditor Laborers' Pension Fund and Laborers' Welfare Funds for the Health and Welfare Department of the Construction and General Laborers District Council of Chicago and Vicinity
katem@chilpwf.com, karen.tarjan@gmail.com;vedranaa@chilpwf.com

Matthew A Olins on behalf of Creditor Pinnacle Capital 2727, LLC
molins@gouldratner.com

Raymond J Ostler on behalf of Creditor Payne & Dolan, Inc.  rostler@gsgolaw.com

Tina Marie Paries on behalf of Creditor Mid American Water, Inc.
tparies@bdlfirm.com, msteinhaus@bdlfirm.com

Christopher H Purcell on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC
shermlaw13@aol.com

Michael G Schultz on behalf of Creditors Deere Credit, Inc., John Deere Financial and John Deere Construction & Forestry Company
mgs@renozahm.com

Patrick T. Wallace on behalf of Creditor Laborers' Pension Fund and Laborers' Welfare Funds for the Health and Welfare Department of the Construction and General Laborers District Council of Chicago and Vicinity
wallace.patrick@gmail.com, fundcounsel@gmail.com

Michael J Weber on behalf of Creditor Employers Mutual Casualty Company
Michael.weber@dinsmore.com, Deborah.dunn@dinsmore.com

Mark R Zito on behalf of Creditor Ross Burns
mzito@jz-llc.com

Bruce E de'Medici on behalf of Creditor Construction Industry Research and Service Trust Fund
bdemedici@gmail.com

Bruce E de'Medici on behalf of Creditor International Union of Operating Engineers Local 150 AFL-CIO
bdemedici@gmail.com

Bruce E de'Medici on behalf of Creditor Local 150 IUOE Vacation Savings Plan
bdemedici@gmail.com

Bruce E de'Medici on behalf of Creditor Midwest Operating Engineers Pension Trust Fund
bdemedici@gmail.com

Bruce E de'Medici on behalf of Creditors Midwest Operating Engineers Retirement Enhancement Fund, Operating Engineers Local 150 Apprenticeship Fund, and Midwest Operating Engineers Welfare Fund  bdemedici@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elanar Construction Co., | ) Chapter 11 |
| | ) |
| | ) Judge Timothy A. Barnes |
| Debtor/Debtor-in-Possession. | ) Case No. 19-01576 |

**MOTION OF DEBTOR TO CONVERT CHAPTER 11 CASE TO CHAPTER 7**

Elanar Construction Co., an Illinois corporation, Debtor/Debtor-in-Possession herein ("Debtor"), by and through its attorneys, makes its Motion to Convert Chapter 11 case to Chapter 7 Case, pursuant to Section 1112(a) of the Bankruptcy Code, and in support thereof, states as follows:

1. On January 18, 2019, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date. No trustee, examiner or committee of unsecured creditors has been appointed in the Debtor's Chapter 11 case.

3. The Debtor, at this time, is unable to formulate a plan of reorganization. Accordingly, the Debtor seeks an order pursuant to Section 1112(a) of the Bankruptcy Code converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Elanar Construction Co., an Illinois corporation, Debtor/Debtor-in-Possession herein, prays for the entry of an Order converting the above-captioned Chapter 11 case to a Chapter 7 case.

                ELANAR CONSTRUCTION SERVICES, INC.,
                Debtor/Debtor-in-Possession

                By: /s/ Arthur G. Simon
                    One of its Attorneys

**DEBTOR'S COUNSEL:**
Arthur G. Simon (Atty. No. 03124481)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
312-641-6777
W:\AGS\ELANAR Construction\Convert to 7.MOT.docx

2