**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-01576 | TAB | Judge: | Timothy A. Barnes | | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|---|
| Case Name: | ELANAR CONSTRUCTION CO. | | | | | Date Filed (f) or Converted (c): | 02/19/2020 (c) |
| | | | | | | 341(a) Meeting Date: | 02/20/2019 |
| For Period Ending: | 12/31/2021 | | | | | Claims Bar Date: | 07/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 2.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 3.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 4.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 5.  Void - Chapter 11 Asset | 6,000.00 | N/A | | 0.00 | FA |
| 6.  Accounts Receivable | 1,291,899.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 7.  Accounts Receivable | 1,448,244.00 | 1,448,244.00 | | 0.00 | FA |
| 8.  Void - Chapter 11 Asset | 21,300.00 | N/A | | 0.00 | FA |
| 9.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 10.  Void - Chapter 11 Asset | 1,200.00 | N/A | | 0.00 | FA |
| 11.  Void - Chapter 11 Asset | 1,700.00 | N/A | | 0.00 | FA |
| 12.  Void - Chapter 11 Asset | 1,500.00 | N/A | | 0.00 | FA |
| 13.  Void - Chapter 11 Asset | 2,500.00 | N/A | | 0.00 | FA |
| 14.  Void - Chapter 11 Asset | 18,500.00 | N/A | | 0.00 | FA |
| 15.  2007 Ford, Model F550 Super Duty Pick-Up | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 16.  2012 Ford, Model F150 Pickup | 13,500.00 | 13,500.00 | | 0.00 | FA |
| 17.  2012 Ford, Model F350 Pickup | 14,500.00 | 14,500.00 | | 0.00 | FA |
| 18.  Void - Chapter 11 Asset | 6,500.00 | N/A | | 0.00 | FA |
| 19.  Void - Chapter 11 Asset | 5,500.00 | N/A | | 0.00 | FA |
| 20.  1998 Mack, Model 600 Truck | 25,800.00 | 25,800.00 | | 0.00 | FA |
| 21.  Void - Chapter 11 Asset | 4,500.00 | N/A | | 0.00 | FA |
| 22.  2011 Buick, Model Enclave, Utility | 10,100.00 | 10,100.00 | | 0.00 | FA |
| 23.  Void - Chapter 11 Asset | 500.00 | N/A | | 0.00 | FA |
| 24.  Void - Chapter 11 Asset | 500.00 | N/A | | 0.00 | FA |

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-01576 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | ELANAR CONSTRUCTION CO. | | | | Date Filed (f) or Converted (c): | 02/19/2020 (c) |
| | | | | | 341(a) Meeting Date: | 02/20/2019 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 07/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Void - Chapter 11 Asset | 500.00 | N/A | | 0.00 | FA |
| 26.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 27.  Void - Chapter 11 Asset | 500.00 | N/A | | 0.00 | FA |
| 28.  Void - Chapter 11 Asset | 500.00 | N/A | | 0.00 | FA |
| 29.  2000 Dierzen Trailer, SemiTrailer | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 30.  Void - Chapter 11 Asset | 3,500.00 | N/A | | 0.00 | FA |
| 31.  Void - Chapter 11 Asset | 2,500.00 | N/A | | 0.00 | FA |
| 32.  Void - Chapter 11 Asset | 29,500.00 | N/A | | 0.00 | FA |
| 33.  Void - Chapter 11 Asset | 31,500.00 | N/A | | 0.00 | FA |
| 34.  Void - Chapter 11 Asset | 9,500.00 | N/A | | 0.00 | FA |
| 35.  2004 Caterpillar 312CL Hydraulic Excavator; s/n: CBA0213 | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 36.  JD Gator | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 37.  ZX290LC-5 Excavator | 135,000.00 | 43,127.93 | | 0.00 | FA |
| 38.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 39.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 40.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 41.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 42.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 43.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 44.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 45.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 46.  2015 JD 35G Mini Excavator 1FF035GXHFK273806 | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 47.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 48.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 19-01576   TAB | Judge: | Timothy A. Barnes |
| Case Name: | ELANAR CONSTRUCTION CO. | | |
| For Period Ending: | 12/31/2021 | | |

| | |
|---|---|
| Trustee Name: | Miriam R. Stein |
| Date Filed (f) or Converted (c): | 02/19/2020 (c) |
| 341(a) Meeting Date: | 02/20/2019 |
| Claims Bar Date: | 07/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 49.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 50.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 51.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 52.  Void - Chapter 11 Asset | 1,200.00 | N/A | | 0.00 | FA |
| 53.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 54.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 55.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 56.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 57.  Void - Chapter 11 Asset | 3,500.00 | N/A | | 0.00 | FA |
| 58.  Void - Chapter 11 Asset | 2,100.00 | N/A | | 0.00 | FA |
| 59.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 60.  Void - Chapter 11 Asset | 3,000.00 | N/A | | 0.00 | FA |
| 61.  Void - Chapter 11 Asset | 1,700.00 | N/A | | 0.00 | FA |
| 62.  Void - Chapter 11 Asset | 1,500.00 | N/A | | 0.00 | FA |
| 63.  Void - Chapter 11 Asset | 6,000.00 | N/A | | 0.00 | FA |
| 64.  Void - Chapter 11 Asset | 4,500.00 | N/A | | 0.00 | FA |
| 65.  Void - Chapter 11 Asset | 1,800.00 | N/A | | 0.00 | FA |
| 66.  Void - Chapter 11 Asset | 1,000.00 | N/A | | 0.00 | FA |
| 67.  Void - Chapter 11 Asset | 1,000.00 | N/A | | 0.00 | FA |
| 68.  Void - Chapter 11 Asset | 1,000.00 | N/A | | 0.00 | FA |
| 69.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 70.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 71.  Void - Chapter 11 Asset | 0.00 | N/A | | 0.00 | FA |
| 72.  Void - Chapter 11 Asset | 180,000.00 | N/A | | 0.00 | FA |

Case 19-01576  Doc 267  Filed 02/02/22  Entered 02/02/22 10:38:52  Desc Main
Document **FORM 1** Page 4 of 9

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 19-01576 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Miriam R. Stein |
| Case Name: | ELANAR CONSTRUCTION CO. | | | | Date Filed (f) or Converted (c): | 02/19/2020 (c) |
| | | | | | 341(a) Meeting Date: | 02/20/2019 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | 07/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 73.  CHAPTER 11 - INSURANCE REBATE FOR DEBTOR'S PROPERTY (u) | 0.00 | 6,478.25 | | 6,478.25 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,413,043.00 | $1,671,250.18 | | $6,478.25 | $10,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/15/21 - Trustee continuing to monitor collection effort of A/R by bond company. No excess funds for Estate as of this date.
9/15/21 - Estate received $6478 in return of insurance payment.
7/1/21 - Trustee continuing to monitor collection efforts by bond company.
4/15/21 - Trustee continuing to wait on collection effort by Bond company.
1/2/21 - Trustee is reviewing claims and investigating Accounts Receivables after the Union and Bond company liquidates same.
12/1/2020 - Trustee waiting on final collection of A/R to determine if excess available for Estate.  Evaluation of value of remaining John Deere at repair shop - determined to be valued at $10K - less than storage costs.
9/1/2020 - Trustee waiting on surety and union collection of A/R to determine if excess available for Estate.
6/7/2020 - Trustee investigating outstanding A/R owed on jobs in excess of funds owed to surety.
4/1/2020 - Trustee investigating other assets, including additional $24K frozen in Debtor's bank account.
3/20/20 - Debtor sold M&E in pre-conversion, December 2019 - net proceeds of sale sent to Trustee today.
2/19/20  Case Converted to Chapter 7.

| RE PROP # | 1 | -- | Associated Bank checking account |
| RE PROP # | 2 | -- | Huntington Bank checking account |
| RE PROP # | 3 | -- | Security Deposit on leased property - Pinnacle 2727 |
| RE PROP # | 4 | -- | Bond deposit - Downers Grove Township Highway Deposit |
| RE PROP # | 5 | -- | Bond Deposit - Village of Willowbrook - parkway restoration deposit |

RE PROP #        6  --  Union modified stay to pursue Accounts Receivable. Bond company also pursuing A/R.
                        After their collection, Trustee to determine whether there are net funds available for
                        Estate.
                        As of 12/31/2021, Trustee still monitoring collection efforts by Bond company to
                        determine net proceeds for Estate.

RE PROP #        7  --  These receivables are duplicate of Asset 6 A/R which the Trustee is monitoring
                        collection efforts by Bond company.

RE PROP #        8  --  Bulk rock salt and fuel

RE PROP #        9  --  Work in progress Various in ordinary course of business

RE PROP #       10  --  Office materials and supplies

RE PROP #       11  --  Desks, chairs, cabinets, conference table and chairs, etc.

RE PROP #       12  --  Computers, printers, large format printer

RE PROP #       13  --  2003 International Truck, Model 4000 Series 4300, Vin# 1HTMMAAL13H599147

RE PROP #       14  --  2012 Ford, Model F450 Truck

RE PROP #       15  --  Equipment sold in Chapter 11 case.

RE PROP #       16  --  Equipment sold in Chapter 11 case.

RE PROP #       17  --  Equipment sold in Chapter 11 case.

RE PROP #       18  --  2002 Ford Model Carryall, Model #F550SDUTY

RE PROP #       19  --  2000 Ford Cab Chass

RE PROP #       20  --  Equipment sold in Chapter 11 case.

RE PROP #       21  --  1994 Western Star, Model 480 Dump Truck

RE PROP #       22  --  Equipment sold in Chapter 11 case.

RE PROP #       23  --  2007 United cargoTrailer

RE PROP #       24  --  2006 Kaufman Trailer

RE PROP #       25  --  2003 Felling Trailer

RE PROP #       26  --  2004 United Cargo Trailer

RE PROP #       27  --  2003 Hillsboro IND

RE PROP #       28  --  2002 Cronkhite Trailer

RE PROP #       29  --  Equipment sold in Chapter 11 case.

RE PROP #       30  --  1999 Dynaweld 102X2EQDO Trailer

RE PROP #       31  --  1988 Dynawald Flatbed

RE PROP #       32  --  2015 Ford F250

RE PROP #       33  --  2014 Ford F350

RE PROP #       34  --  2012 BMW X5

RE PROP #       35  --  Equipment sold in Chapter 11 case.

RE PROP #       36  --  Equipment sold in Chapter 11 case.

RE PROP #       37  --  Equipment sold in Chapter 11 case.

RE PROP #       38  --  2017 Skid Steers JD 333GXT 1T0333GMCHF310397

RE PROP #       39  --  2017 Skid Steers JD 333GXT 1T0333GKJHF307867

RE PROP #       40  --  2017 Skid Steers JD 333GXT 1T0333GKTHF306908

RE PROP #       41  --  2017 Skid Steers JD 333GXT 1T0333GKPHF306926

RE PROP #    42  --  2017 Skid Steers JD 333 GXT 1T0333GKKHF306930

RE PROP #    43  --  2017 Skid Steers JD 333GXT 1T0333GMAHF310712

RE PROP #    44  --  2017 Skid Steers JD 333GXT 1T0333GKHHF310839

RE PROP #    45  --  2017 Skid Steers JD 333GXT 1T0332GMAHF309246

RE PROP #    46  --  Equipment sold in Chapter 11 case.

RE PROP #    47  --  JD 304KXT Loader 1LU304KXEZB039548

RE PROP #    48  --  JD 504K Loader 1DW544KZEGF677796

RE PROP #    49  --  JD 504K Loader 1DW544KZGF677825

RE PROP #    50  --  JD 504K Loader 1DW544KZPGF677835

RE PROP #    51  --  Concrete breaker Model TNB4M-SSL-FC

RE PROP #    52  --  Bore pig auger - 900754

RE PROP #    53  --  2016 Boss VBX 9000 Salt Spreader

RE PROP #    54  --  2016 Boss VBX 9000 Salt Spreader

RE PROP #    55  --  2016 Boss VBX 9000 Salt Spreader

RE PROP #    56  --  2016 Boss VBX 9000 Salt Spreader

RE PROP #    57  --  2016 Boss DXT 9'2" Vplow

RE PROP #    58  --  2016 Boss UTV 6.5' Vplow

RE PROP #    59  --  2016 Boss DXT 8.2 Pro-V plow

RE PROP #    60  --  2016 Boss DXT 9'2" Pro-V plow

RE PROP #    61  --  2016 JD Landplane attachment LP 84

RE PROP #    62  --  40' Container CBHU612388-0

RE PROP #    63  --  JD 2007 Deere 605C Crawler LU605CX008890

RE PROP #    64  --  2017 Swenson Vbox salt spreader - Stainless

RE PROP #    65  --  Rockdog land grader-Attachments direct

RE PROP #    66  --  20' Container

RE PROP #    67  --  20' Container

RE PROP #    68  --  20' Container

RE PROP #    69  --  Office building-6620 W. Belmont Ave., Chicago, IL 60634

RE PROP #    70  --  Indoor storage and yard space, 2727 Rt. 53 Long Grove, IL 60047

RE PROP #    71  --  Elanar.com

RE PROP #    72  --  Pike Partners LLC

RE PROP #    73  --  Insurance Rebate from Chapter 11 case.

Initial Projected Date of Final Report (TFR): 12/31/2020          Current Projected Date of Final Report (TFR): 06/01/2022

Trustee Signature:      /s/ Miriam R. Stein        Date: 02/02/2022

Miriam R. Stein
4711 Golf Rd Suite 200
Skokie, IL 60076
(847) 933-9280

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-01576

Case Name: ELANAR CONSTRUCTION CO.

Taxpayer ID No: XX-XXX3949

For Period Ending: 12/31/2021

Trustee Name: Miriam R. Stein

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0168

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $93,717.38 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.46 | $93,623.92 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.38 | $93,520.54 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.93 | $93,420.61 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.15 | $93,317.46 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.71 | $93,217.75 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.92 | $93,114.83 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.81 | $93,012.02 |
| 09/15/21 | 73 | EMC Insurance PO Box 712 Des Moines, IA 50303 | Refund of Insurance Payment Cancelation of Insurance Policy - Remaining Credit Balance on Account | 1290-000 | $6,478.25 | | $99,490.27 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.84 | $99,387.43 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.73 | $99,277.70 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $106.08 | $99,171.62 |

Page Subtotals: $6,478.25 $1,024.01

| | | |
|---|---|---|
| COLUMN TOTALS | $6,478.25 | $1,024.01 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,478.25 | $1,024.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,478.25 | $1,024.01 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0168 - Checking | $100,195.63 | $1,024.01 | $99,171.62 |
|  | $100,195.63 | $1,024.01 | $99,171.62 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $782.62 |
|---|---|
| Total Net Deposits: | $100,195.63 |
| Total Gross Receipts: | $100,978.25 |

Trustee Signature:      /s/ Miriam R. Stein     Date: 02/02/2022

Miriam R. Stein
4711 Golf Rd Suite 200
Skokie, IL 60076
(847) 933-9280

Page Subtotals:                                                           $0.00            $0.00